# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br>　　　　Plaintiff,<br>　　vs.<br>SHEPLERS, INC., a Kansas Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-5582 RGK (GJSx)<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable R. Gary Klausner |

# **[PROPOSED] ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: September 8, 2017

*Gary Klausner*
_____
The Honorable R. Gary Klausner
United States District Court Judge